## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case Number: 23-cv-22942-RKA

Plaintiff:
**Thomas Nolan**

vs.

Defendants:
**Tropical Chevrolet, Inc.**

For: Newhart Legal
14611 Southern Blvd #1351
Loxahatchee, FL 33470

Received by AED Investigations, Inc. on the 7TH Day of AUGUST 2023 at 2:15 PM to be served on **TROPICAL CHEVROLET, INC. 18851 NE 29TH AVENUE #303 AVENTURA, FL 33180**

I, <u>ERIC ROSALER</u> do hereby affirm that on the <u>7TH</u> day of <u>AUGUST, 2023</u> at <u>3:00 PM</u>, I:

**CORPORATION:** Served by delivering a true copy of the **SUMMONS, COMPLAINT, & ATTACHED EXHIBITS** to: **ALEX J KURKIN/REGISTERED AGENT** at the address of: **18851 NE 29TH AVENUE #303 AVENTURA, FL 33180** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, am a Certified Process Server, in good standing, in the judicial circuit in which the process was served and no notary is required under F.S 92.525 (2). Under penalty of Perjury, I declare that I have read the foregoing and that the facts stated in it are true

PROCESS SERVER # 1477
Appointed in accordance
with State Statutes

**Eric Rosaler**
**AED Investigations, Inc.**
**P.O. Box 4132**
**Hallandale, FL 33008**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| THOMAS NOLAN,<br>An Individual,<br><br>———————————————<br>*Plaintiff(s)*<br>v.<br>TROPICAL CHEVROLET, INC.,<br>A Florida Corporation.<br><br>———————————————<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Received On  8-7-23,
Served On  Alex Kurkin
Date  8-7-23  Time  3PM
P.S.  Mr 1477

Civil Action No.   1:23-cv-22942-RKA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TROPICAL CHEVROLET, INC. C/O REGISTERED AGENT:

ALEX J. KURKIN
18851 NE 29TH AVENUE, SUITE 303
AVENTURA, FL 3180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Darren R. Newhart
Newhart Legal, P.A.
14611 Southern Blvd. #1351
Loxahatchee, FL 33470

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ R. Bissainthe*

Deputy Clerk
U.S. District Courts

Date: _____08/07/2023_____

Angela E. Noble
Clerk of Court